# Exhibit 2

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| RYAN MOORE, an individual and AMANDA MOORE, an individual<br><br>Plaintiffs,<br><br>- against-<br><br>CORRIGAN MOVING AND STORAGE CO., a Michigan Corporation and UNITED VAN LINES, LLC<br><br>Defendants. | Civil Action No.<br><br>**SUPPORTING DECLARATION OF BOB McCABE** |

BOB McCABE declares as follows:

1. I am the Chief Growth and Experience Officer of UNITED VAN LINES, LLC ("UNITED") and make this Declaration based on my personal knowledge and review of UNITED's relevant business records.

2. UNITED is and was during 2023 an interstate household goods motor carrier of property for hire operating under the authority of the ICC Termination Act of 1995 ("ICCTA") and Department of Transportation, Surface Transportation Board ("STB") pursuant to its interstate motor carrier license number MC-67234/USDOT 77949.

3. CORRIGAN MOVING AND STORAGE CO. is a disclosed statutory household goods agent of UNITED as defined by 49 U.S.C. Sec. 13907(a) and 49 C.F.R. Sec 375.205(1).

4. During June, 2023, CORRIGAN acted as a disclosed household goods agent of UNITED pursuant to an Agency Agreement, dated January 11, 1996. A copy of the Agency Agreement between UNITED and CORRIGAN is attached as Exhibit "6."

5. The UNITED-CORRIGAN Agency Agreement provides that CORRIGAN

acts as UNITED's households goods agent with respect to the solicitation, sales, estimating and booking of UNITED's interstate transportation services (Exhibit "6," Secs 1(D), 2(B), 3(A), 3(H), 3(R) and 5(C)].

6. As UNITED's household goods agent, CORRIGAN publishes an online website (www.corriganmoving.com) that identifies CORRIGAN as a UNITED agent. A copy of the relevant page of CORRIGAN's website is attached as Exhibit "7."

7. CORRIGAN's website (www.corriganmoving.com) (Exhibit "7") advises the public that it is UNITED's household goods agent with respect to interstate shipments. Under the heading for "Long Distance Moving Services" CORRIGAN's website states:

> Corrigan Moving Systems is an agent for UNITED VAN LINES, giving us the most talented long distance drivers in the nation. Corrigan is the third largest hauler in the United States…

8. CORRIGAN is regulated and licensed by the Michigan State Police (MSP) Commercial Vehicle Division (CVED) under CVED License No. 1106.

9. On or about June 14, 2023, CORRIGAN issued UNITED's Bill of Lading No. U0611-27506-3 covering the interstate transportation of AMANDA MOORE's household goods shipment from Michigan to North Carolina (Exhibit "3").

10. The top of each page of UNITED's interstate Bill of Lading (Exhibit "3") identifies UNITED as the responsible interstate motor carrier of record by its (A) "UNITED" logo service mark; (B) website address www.unitedvanlines.com; and (C) the United States Department of Transportation ("USDOT") interstate motor carrier License No. USDOT 077949 assigned to UNITED.

11. UNITED's Bill of Lading (Exhibit "3," page 3 of 5) was signed by

2

AMANDA MOORE and lists CORRIGAN in the "AGENT" box, identifies CORRIGAN by its UNITED-designated "Agent NBR" (Number) U0611 and recites that CORRIGAN acted as UNITED's "Booker" and "Origin" agent for the MOORE shipment.

I declare under penalty of perjury that the foregoing is true and correct. Executed on July 11, 2025.

BOB McCABE

3