# Exhibit 3




UnitedVanLines.com 800-948-4885

**BILL OF LADING**
(NON-NEGOTIABLE)
**U.S. DOT No. 077949**

**ORDER NUMBER** U0611-27506-3

ESTIMATE NUMBER U00611-6782118

AGENT - after-hours phone # | DRIVER - after-hours phone #

**MOVE FROM:**
CUSTOMER (CONSIGNOR): Amanda Moore
ADDRESS: 3250 Chestnut Run Drive APT.:
CITY, STATE, ZIP: BLOOMFIELD HLS MI, 48302
ORIGIN PHONE: 646-678-2118
CONTACT: PHONE:
COMPANY(Associated With):

**MOVE TO:**
CUSTOMER (CONSIGNEE): Amanda Moore
ADDRESS: 33 Lakeview Road APT.:
CITY, STATE, ZIP: ASHEVILLE NC, 28804
DESTINATION PHONE: 646-678-2118
CONTACT: PHONE:
FORM OF PAYMENT SELECTED (on Estimate): CREDIT CARD

CHANGE in FORM of PAYMENT: (per tariff) ☐ Cash ☐ Cert. Check ☐ Traveler's Check ☐ Bank Check ☐ Credit Card (Customer's Initials) ______

GUARANTEED PICK-UP and DELIVERY DATES - DAILY ALLOWANCE (if applicable, per tariff): $ 100.00 Per Day

** VOLUME / WEIGHT CONVERSION = 6.75 LBS. PER CUBIC FOOT **

**NOTIFY:** REQUESTS NOTICE OF CHARGES BEFORE DELIVERY ☐
NAME:
ADDRESS:
CITY, STATE, ZIP:
PHONE:
E-MAIL: ajrhoades1@yahoo.com

**HAULING**

| DRIVER I.D. | DRIVER NAME (please print) | VAN NO. | PICK-UP DATE | FROM RES. | FROM WHSE. | DELIVERY DATE | TO RES. | TO WHSE. |
|---|---|---|---|---|---|---|---|---|
| 422120 | Norrys Calloway | 732-327 | 6-13-23 | X | | 6-19-23 | X | |
| | | | | | | | | |
| | | | | | | | | |

| PACK DATES Start | PACK DATES Finish | AGREED LOAD SPREAD Start | AGREED LOAD SPREAD Finish | AGREED DELIVERY SPREAD Start | AGREED DELIVERY SPREAD Finish | BINDING DATE | TARIFF | PRICE PROGRAM | SECTION | TARIFF MIN. WT | HHGD BOUND WEIGHT | WEIGHT ADDITIVE | TOTAL BOUND WEIGHT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 06/14/2023 | 06/14/2023 | 06/17/2023 | 06/22/2023 | 04/11/2023 | UMT1 | NW | 3 | 3,400 | 17,500 | | 17,500 |

## YOUR TOTAL PRICE INCLUDES ONLY THE FOLLOWING:

| SERVICE DESCRIPTION | | | | CHARGE |
|---|---|---|---|---|
| BOUND TOTAL | BOUND WEIGHT 17,500 LBS. | | | 14,874.08 |
| FVP $0 DEDUCTIBLE | $110,000.00 IN COVERAGE | | | INCLUDED |
| CARTON TYPE | | PACK | UNPACK | |
| TWN MAT CTN/BAG | | 5 | 5 | INCLUDED |
| LG TW MAT CT/BG | | 2 | 2 | INCLUDED |
| CORR MIRROR CTN | | 2 | | INCLUDED |
| EXTRA STOP | AT ORIGIN | 1782 Pontiac Drive SYLVAN LK, MI | | INCLUDED |
| MINI STG PICKUP/DEL. | AT ORIGIN | | | INCLUDED |
| PACKAGE OPT 1 | | | | INCLUDED |

**FOR MORE DETAILS ON VALUATION, PLEASE SEE PAGE 2.**

# BINDING

**TOTAL:** $ 14,874.08
(Unless a New Estimate is Executed)

**DELIVERY ACKNOWLEDGEMENT**

Shipment was received in apparent good condition except as noted on inventory and services ordered were performed.

X ______ Received by Customer's Signature ______ (Date)

X ______ Delivered by Van Operator's Signature 121 Driver Code 6/19/23 (Date)

**PAYMENT ACKNOWLEDGEMENT**

$ ______ BY ______
Payment Received ______ (Date)

$ ______ BY ______
Payment Received ______ (Date)

**STORAGE ACKNOWLEDGEMENT**

Received for Storage: ______ (Destination Warehouse)
BY ______
Warehouseman's Signature ______ (Date) ______ Control Number




UnitedVanLines.com 800-948-4885

BILL OF LADING
(NON-NEGOTIABLE)
U.S. DOT No. 077949

ORDER NUMBER
U0611-27506-3

ESTIMATE NUMBER U00611-6782118

CUSTOMER Amanda Moore

THE CONSUMER MUST SELECT ONE OF THESE OPTIONS
FOR THE CARRIER'S LIABILITY FOR LOSS OR DAMAGE TO YOUR HOUSEHOLD GOODS
CUSTOMER'S DECLARATION OF VALUE
THIS IS A TARIFF LEVEL OF CARRIER LIABILITY - IT IS NOT INSURANCE

**OPTION 1 - The Cost Estimate that you receive from your mover MUST INCLUDE Full (Replacement) Value Protection for the articles that are included in your shipment. If you wish to waive the Full (Replacement) Level of protection you must complete the WAIVER of Full (Replacement) Value Protection shown below. (See Option 2)**

Full (Replacement) Value Protection is the most comprehensive plan available for protection of your goods. If any article is lost, destroyed, or damaged while in your mover's custody, your mover will, at its option, either: 1) repair the article to the extent necessary to restore it to the same condition as when it was received by your mover, or pay you for the cost of such repairs; or 2) replace the article with an article of like kind and quality, or pay you for the cost of such a replacement. Under Full (Replacement) Value Protection, if you do not declare a higher replacement value on this form prior to the time of shipment, the value of your goods will be deemed to be equal to $6.00 multiplied by the weight (in pounds) of the shipment, subject to a minimum valuation for the shipment of $6,000. Under this option, the cost of your move will be composed of a base rate plus an added cost reflecting the cost of providing this full value cargo liability protection for your shipment.

**If you wish to declare a higher value for your shipment than these default amounts, you must indicate that value here. Declaring a higher value may increase the valuation charge in your cost estimate.**

**The Total VALUE of my shipment is: $ 110,000.00 (to be provided by the Customer)**

**Dollar Estimate of the COST of your move at Full (Replacement) Value Protection with No Deductible: $ 14,874.08 (to be provided by Carrier)**

I acknowledge that for my shipment I have: 1) ACCEPTED the Full (Replacement) Level of protection included in this estimate of charges and declared a higher Total Value of my shipment (*if appropriate*); and 2) received a copy of the "Your Rights and Responsibilities When You Move" brochure explaining these provisions.

X Amanda Moore — 06/14/23
(Customer's Signature) (Date)

**DECLARATION OF ARTICLE(S) OF EXTRAORDINARY (UNUSUAL) VALUE** - I acknowledge that I have prepared and retained a copy of the "Inventory of Items Valued in Excess of $100 Per Pound per Article" that are included in my shipment and that I have given a copy of this inventory to the mover's representative. I also acknowledge that the mover's liability for loss of or damage to any article valued in excess of $100 per pound will be limited to $100 per pound for each pound of such lost or damaged article(s) (based on actual article weight), not to exceed the declared value of the entire shipment, unless I have specifically identified such articles for which a claim for loss or damage may be made on the attached inventory.

X Amanda Moore — 06/14/23
(Customer's Signature) (Date)

OR

**OPTION 2 - WAIVER of Full (Replacement) Value Protection. This LOWER level of protection is provided at no additional cost beyond the base rate; however it provides only MINIMAL protection that is considerably less than the average value of household goods. Under this option, a claim for any article that may be lost, destroyed, or damaged while in your mover's custody will be settled based on the weight of the individual article multiplied by 60 cents. For example, the settlement of an audio component valued at $1000 that weighs 10 pounds would be $6.00 (10 pounds time 60 cents).**

**Dollar Estimate of the COST of your move under the 60-cents option: $ 14,146.58** *(to be provided by Carrier)*

**COMPLETE THIS PART ONLY** if you wish to **WAIVE** the Full (Replacement) Level of Protection included in the HIGHER COST estimate provided above (see Option 1) for your shipment and instead select the LOWER Released Value of 60-Cents-Per-Pound Per Article; to do so you must initial and sign on the lines below:

**I wish to Release My Shipment to a Maximum Value of 60-Cents-Per-Pound Per Article** X *(Customer's Initials)*

I acknowledge that for my shipment I have; 1) WAIVED the Full (Replacement) Level of protection for which I have received an estimate of charges; and 2) received a copy of the "Your Rights and Responsibilities When You Move" brochure explaining these provisions.

X
(Customer's Signature) (Date)




UnitedVanLines.com 800-948-4885

**BILL OF LADING**
(NON-NEGOTIABLE)
**U.S. DOT No. 077949**

**ORDER NUMBER** U0611-27506-3

**ESTIMATE NUMBER** U00611-6782118

CUSTOMER Amanda Moore

**AGENT**

| AGENT | AGENT NBR | NAME | ADDRESS | CITY, STATE, ZIP | PHONE |
|---|---|---|---|---|---|
| BOOKER | U0611 | CORRIGAN MOVING SYSTEMS | 2595 FEATHERSTONE ROAD | AUBURN HILLS MI 48326 | 248-373-4200 |
| ORIGIN | U0611 | CORRIGAN MOVING SYSTEMS | 2595 FEATHERSTONE ROAD | AUBURN HILLS MI 48326 | 248-373-4200 |
| DESTINATION | | | | | |

**BILL TO**

[X] C.O.D. [ ] NAT. ACCT. #:

BILL TO:

STREET ADDRESS :

CITY, STATE, ZIP :

ATTN: P.O. NO. :

**VALUATION CHANGES**

## IMPORTANT: PLEASE READ

1) To change valuation prior to load, please contact your move coordinator.

2) To change valuation on day of load, please make the applicable changes on Page 2 of this form. If you want to change the valuation option you previously selected, please cross-out that selection and sign and date in the applicable area for the desired option. If you wish to declare a higher value for your shipment under the Full Value Protection Option (Option 1), you must indicate that value in the box labeled "The Total VALUE of my shipment is."

## IMPORTANT INFORMATION - PLEASE READ BEFORE SIGNING THE BILL OF LADING

1) You may rescind, without penalty, this contract within 3 days before your shipment is scheduled to be loaded by contacting Move Coordinator.
2) Pricing Option NW: This shipment is based on a Bound Estimate between the Carrier and the Customer and is valid when accepted and signed by 05/11/2023. The total amount includes the Total Bound Charges for (1) Transportation Services which include loading services on 06/14/2023, transportation FROM the City/State/Zip listed above TO the City/State/Zip listed above, and unloading service; (2) Valuation declared above; (3) Cartons, Packing and/or Unpacking Services listed as included; (4) Other Additional Services listed as included; PLUS any non-bound charges shown for Storage-In-Transit (SIT), 3rd Party Charges and Advance Charges. The Carrier must relinquish possession of your shipment upon payment of 100% of the total price amount even if the total charges for services exceed the amount of the total price.
3) The Total Bound Charges amount is for loading on 06/14/2023 and based on the estimated (Bound) weight and estimated (Bound) services listed up to the quantities shown on the Estimate as included in this Bound amount, except as otherwise provided. Changes to the Load Date could result in a price change. The Total Bound Charges amount does not include charges for any items added to the shipment as indicated in the Table of Measurements (Cube Sheet) and/or additional services that are requested or are necessary to accomplish delivery. Storage in Transit ("SIT") charges will be based on the bound weight and the actual number of days in SIT. In the event SIT services provided are in excess of the estimated amount, the cost of these services will be in addition to the amount stated. An additional Full Value Protection Option charge will apply on shipments that require SIT and for which the Full Value Protection Option was selected.
4) COLLECT SHIPMENTS: Unless other payment arrangements are made with the Carrier in writing signed by the Carrier, this shipment is a collect shipment. Forms of payment honored at delivery on Collect shipments (as provided in Carrier's tariff) in U.S. funds are Cash, Certified Check, Traveler's Check, Bank Check (drawn by a bank on itself), and/or specific Credit Card(s) that have been pre-authorized by Carrier. All drafts must be payable to the Carrier. All charges subject to audit, and if necessary will be corrected by refund or additional billing.
5) ADDITIONAL SERVICES OR QUANTITIES: The charges for services or quantities that are in addition to those collected at delivery must be presented to Customer within 15 days of the date of delivery *(or if the Carrier lacks sufficient information to compute the charges they must be presented to the Customer within 15 days of the date when sufficient information becomes available)* and shall be due within 30 days following presentation of the freight bill and invoice.
6) The Carrier must deliver and relinquish possession of property transported by it upon payment of 100% of the total. However, if only partial delivery of the shipment is made, the Carrier may not charge more than a prorated percentage of the total. The prorated amount must be based on the percentage of the weight of that portion of household goods delivered relative to the total weight of the shipment.
7) If waived on Customer's Estimate, Customer's express waiver of the right to have United Van Lines conduct a physical survey of the shipment is hereby incorporated into this Bill of Lading by reference and by signing below. Customer reaffirms acceptance of United Van Lines's estimate of charges based on its virtual survey along with any other related services deemed necessary by United Van Lines to complete transportation of the shipment.

Customer hereby makes, constitutes and appoints: (Name)__________,

(Address)__________, (Phone)__________ as true and lawful agent for customer to act in customer's name, place and stead, to give carrier instructions, perform all acts and to execute all documents pertaining to the transportation and services ordered.

## BILL OF LADING ACKNOWLEDGEMENT

You should sign below only if you wish UNITED VAN LINES, LLC to perform all of the services indicated above. By signing, Customer acknowledges receipt of and accepts this Bill of Lading. Customer and Carrier further agree to all terms written and printed, stamped or typed on all pages (front and/or back) of this form.

X Amanda Moore 06/14/23
(Customer's Signature at Origin) (Date)

X Craig James U611 06/14/23
(Carrier's Representative Signature) (Agent Code & Date)

This binding estimate shall remain effective and binding for a maximum period of up to 180 days from bind date.




UnitedVanLines.com 800-948-4885

**BILL OF LADING**
(NON-NEGOTIABLE)
**U.S. DOT No. 077949**

**ORDER NUMBER** U0611-27506-3

**ESTIMATE NUMBER** U00611-6782118

CUSTOMER Amanda Moore

FOR INTERNAL USE ONLY
Actual Pick Up Date:
Provider Information

| NAME | ADDRESS | CITY, STATE, ZIP | PHONE | DOT # | VEHICLE ID |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |




**BILL OF LADING**
(NON-NEGOTIABLE)
**U.S. DOT No. 077949**

ORDER NUMBER
U0611-27506-3

ESTIMATE NUMBER U00611-6782118

CUSTOMER Amanda Moore

## CONTRACT TERMS and CONDITIONS of UNIFORM HOUSEHOLD GOODS BILL of LADING

**Notice of Availability of Published Tariff**

Carrier publishes tariffs, which set forth the terms, conditions and prices for the transportation services it provides. The applicable tariff provisions are incorporated herein by reference. Incorporated provisions include, but are not limited to: (a) Establishing the limitation of Carrier's liability, the principal features of which are described in Sections 4 and 5 hereof and in the Valuation Selection Section; (b) Setting the time period for filing claims, the principal features of which are described in Section 6 hereof; and (c) Reserving the Carrier's right to assess additional charges for additional services performed and, on Option-A Non-Binding Estimates, to base charges on the exact weight of the goods transported. For more information regarding your Household Goods Shipment, please see the terms and conditions printed herein and the Carrier's booklet "Your Rights and Responsibilities When You Move" and the "Ready To Move" brochure. The tariff, including its written and electronic components, is made part of this Bill of Lading. The written component of the tariff and the rates and charges contained in the electronic component of the tariff may be viewed and printed at the following Internet Web Address: www.unitedvanlines.com. The tariff may also be inspected at the offices of the Carrier or its Agents. On request, the Carrier will furnish a copy of any tariff provision governing the shipment contained in the written component of the tariff and a copy of the rates and charges calculated by the electronic component of the tariff for the shipment.

Carrier's currently effective applicable tariffs, all Inventories prepared in conjunction with this Bill of Lading, any applicable National Account Contract Agreements and the Estimate / Order for Service prepared in advance of transportation services are hereby incorporated by reference. These documents, together with this Bill of Lading constitute the contractual documents governing Customer's move, are subject to all the rules, regulations, rates and charges in Carrier's currently effective applicable tariffs, and include but are not limited to the terms and conditions set forth below. In the event of any conflict between the terms of the Estimate / Order for Service and Bill of Lading, the Bill of Lading shall control. Any specific terms set forth in a National Account Contract Agreement shall supersede any inconsistent terms in the other documents. "Customer" shall include the party entering into this Bill of Lading as Consignor and any party for whose account the goods are shipped.

**Section 1:** The performance by any Carrier of any obligation shall be excused and suspended upon the occurrence of any of the following force majeure events: (a) Acts of God; (b) hostile or warlike action, rebellion, civil commotion, riot, the public enemy or terrorism, including action in hindering, combating or defending against any such actual, impending, or expected occurrence; (c) action by government or public authority; or (d) strikes, lockouts, or labor disturbances.

**Section 2:** Carrier shall not be bound to transport a shipment by any particular schedule, means, vehicle, but shall be responsible to transport with reasonable dispatch. In no event shall Carrier, including its corporate affiliates, employees, officers, directors, shareholders, agents, representatives, or contractors, be liable for any damages resulting from delay caused by: (a) a force majeure event identified above in Section 1; (b) highway obstruction; faulty or impassable highways; (c) lack of capacity of any highway, bridge or ferry; (d) breakdown or mechanical defect of vehicles or equipment; (e) an act, omission or order of Customer; or (f) any cause other than the fault of the Carrier. Carrier shall have the right in case of physical necessity or otherwise to forward a shipment via another Carrier.

**Section 3:** Customer shall not ship nor include in any shipment any: (a) hazardous materials, explosives or dangerous articles or goods; or (b) any other item prohibited by law to be shipped or possessed. If a Carrier discovers such items in a shipment, then it may warehouse such articles or goods at owner's risk and expense or destroy them without compensation to owner or Customer. Customer agrees to indemnify and hold harmless Carrier and its agents against any costs, expenses (including reasonable attorney's fees), damages, losses, and claims caused by Customer's breach of this agreement, including for improper inclusion in a shipment of such prohibited items identified above.

**Section 4:** Customer or Consignee should take exceptions to any loss or damage to the shipment at delivery, documenting loss or damage on the Carrier's Inventory. Carrier shall be liable for actual loss of or damage to any item or article transported, handled, or stored pursuant to this Bill of Lading except as caused by or resulting from any of the following: (a) a force majeure event identified above in Section 1; (b) an act, omission or order of Customer, including improper packing, bracing or preparation of the shipment by Customer; (c) risks of contraband or illegal transportation or trade; (d) inherent vice of the article, including susceptibility to damage because of atmospheric conditions such as temperature and humidity; or (e) mechanical malfunction or defect, including computer chip malfunction. The liability of Carrier for actual loss or damage to an article shall further be subject to 49 U.S.C. § 14706 and 49 C.F.R. Part 370, any other limitation of liability contained in any written contract, and any applicable rules, regulations, rate schedules or tariffs. Under no event shall Carrier, including its corporate affiliates, employees, officers, directors, shareholders, agents, representatives, or contractors, be liable for any special, incidental, punitive, or consequential damages, including lost profits or income, regardless of whether Carrier had knowledge that such damage might be incurred.

**Section 5:** The Full Value Protection Option and the Minimum Liability Option are tariff or contractual levels of Carrier liability and may sometimes be referred to as "released rates" or "valuation." These levels of Carrier liability are not insurance as the term is used under the McCarran-Ferguson Act, 15 U.S.C. §§ 1011-1015 or liability insurance as the term is used in 49 C.F.R. §§ 375.301-303.

For shipments of Household Goods as defined in Carrier's tariff, the maximum liability of Carrier or the party in possession of the shipment shall be either:

(i) The Full Value Protection Option declared by Customer, which may not be less than $6,000 or $6.00 per pound multiplied by the actual weight of the shipment, in pounds, whichever is greater; or

(ii) The actual loss or damage not exceeding sixty (60) cents per pound of the weight of any lost or damaged article when the Customer has waived Full Value Protection and released the shipment to the Carrier, in writing, with liability limited to sixty (60) cents per pound per article.

Further, Customer's failure to notify Carrier in writing that an item or article having a value that exceeds $100 per pound will be included in the shipment will restrict Carrier's maximum liability to $100 per pound of any lost or damaged article (based on actual weight), NOT to exceed the declared value of the entire shipment.

**Section 6:** As a condition precedent to recovery, a written claim for any loss, damage or injury must be received within nine (9) months after delivery to consignee as shown on face hereof, or in case of failure to make the delivery, then within nine (9) months after a reasonable time for delivery has elapsed. In case of delay, customer must file a written demand for payment of the fixed settlement amount with carrier within 30-days from the date of the delivery. Suit must be instituted against carrier within two (2) years and one (1) day from the date when notice in writing is given by carrier to the claimant that carrier has disallowed the claim or any part or parts thereof specified in the notice. Where a claim is not received or suit is not instituted thereon in accordance with the foregoing provisions, carrier shall not be liable and such a claim will not be paid.

**Section 7:** The above named Customer agrees that Carrier shall transport the goods and effects tendered by the Customer subject to the terms and conditions of this Bill of Lading. The Customer further agrees that title to all packing materials and other property sold to Customer passes to Customer prior to the transportation of such property for the Customer by Carrier. Customer, Consignor upon tender of the shipment to Carrier, and the Consignee upon acceptance of delivery of shipment from Carrier, shall be jointly and severally liable for all freight and other charges accruing on account of a shipment in accordance with applicable tariffs or contract rate schedules, including all sums advanced or disbursed by Carrier on account of such shipment. The owner of the goods and/or beneficiary of the services acknowledges he/she remains primarily liable for payment in the event that Carrier extends credit by agreeing to bill an employer or other party and any or all of such charges are not paid. The joint and several liability of the Customer, Consignor and Consignee as set forth in this Section is absolute, and no prior or subsequent course of dealing among the Customer, Carrier and/or Consignee (including, but not limited to, the course of dealing pertaining to billing and collecting of shipping charges) shall be construed as limiting, impairing, waiving or discharging such joint and several liability. If the description of articles or other information on this Bill of Lading is found to be incorrect or incomplete, the freight and other charges will be paid based upon the articles actually shipped.

**Section 8:** (a) If the Consignee refuses the shipment tendered by Carrier or if Carrier is unable to deliver the shipment for any reason other than the fault of Carrier, then Carrier may cause the shipment to be stored in a warehouse at the cost of Customer and subject to a lien for all accrued tariff or contract rate schedule charges and other lawful charges. Storage may be, at Carrier's option, in any location that provides reasonable protection against loss or damage. Carrier shall promptly attempt to provide notice by U.S. mail as provided on the face of the Bill of Lading, if so indicated, to the Customer or the party designated on the Bill of Lading to receive notice, if any. (b) If Carrier does not receive disposition instructions within fifteen (15) days from the mailing of notice or if Customer fails or refuses to pay lawfully applicable charges, then Carrier, at its sole option, may offer the shipment for public sale in any manner authorized by law. The amount of sale will be applied toward payment of lawful charges applicable to the shipment, and other expenses incurred in the public sale. The owner will be responsible for the balance of the charges not covered by the sale of the goods. If there is a balance remaining after all charges and expenses are paid, such balance will be paid to the owner of the property sold hereunder, upon claim and proof of ownership. When perishable articles are contained in the shipment and disposition is not given within a reasonable time, Carrier may dispose of the property at public or private sale without notice in any manner authorized by law, if, in the opinion of Carrier, such sale is necessary to prevent or limit further deterioration.